UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JARED ESKANDARI,                          §
                                          §
        Plaintiff,                        §
                                          §
v.                                        §        C.A. No. 4:13-cv-00191
                                          §
ALARM SECURITY GROUP, LLC,                §
                                          §
        Defendant.                        §

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, come Plaintiff, Jared R. Eskandari, and Defendant, Alarm Security

Group, LLC, who, pursuant to FED. R. CIV. P. 41(a)(1)(ii), and upon representing to the Court

that they constitute all of the parties in the captioned action and that all claims and counterclaims

in the captioned action have been fully settled, do hereby stipulate to the dismissal of the

captioned action with prejudice, each party to bear its own costs.

DATED:    October 16, 2013

_____
JARED ESKANDARI, Pro Se


By: _____
    Rachel Powitzky Steely
    State Bar No. 00792770
    S.D. Tex. No. 19170
    ATTORNEY-IN-CHARGE FOR
    DEFENDANT ALARM SECURITY
    GROUP, LLC

**OF COUNSEL**

GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

1

Gardere01 - 6373559